UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil File No. 01-CV-02302 RHK/JMM

GMAC/Residential Funding Corporation,
a Delaware corporation,

Plaintiff,

vs.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

AmeriCredit Corporation of California,
a Texas corporation,

Defendant.

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned attorneys, that the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to any party.

Dated: December 13, 2002

**FELHABER, LARSON, FENLON & VOGT**

James W. Rude, Esq. (#94171)
Richard A. Beens, Esq. (#6105)
225 South Sixth Street Suite 4200
Minneapolis, Minnesota 55402
612/339-6321

ATTORNEYS FOR PLAINTIFF

Dated: December 11, 2002

**THOMSEN & NYBECK, P.A.**

David J. McGee, Esq. (#203403)
Edinborough Corporate Center East
Suite 600, 3300 Edinborough Way
Edina, Minnesota 55435
952/835-7000

ATTORNEYS FOR DEFENDANT

MPLS 231089-1

FILED DEC 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Civil File No. 01-CV-02302 RHK/JMM

GMAC/Residential Funding Corporation,
a Delaware corporation,

Plaintiff,

vs.

**ORDER**

AmeriCredit Corporation of California,
a Texas corporation,

Defendant.

Based upon the Stipulation herein the above-captioned matter may be, and hereby is, dismissed in its entirety on the merits with prejudice, and without costs or disbursements to any party.

Dated: Dec. 17, 2002

Joan E. Lancaster
Joan Erickson Lancaster
Judge of District Court